DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WISNIA ETIENNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-441 & 4D19-442

[May 23, 2019]

Consolidated appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 05-020906CF10B.

Wisnia Etienne, Okeechobee, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***